RECEIVED + FILED
2014 MAY -7 PM 3: 12
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-41072-659 |
| STEPHANIE GEORGEAN DITTMAIER, ) | Chapter 7 |
| ) | |
| Debtor. ) | BAP Appeal No. 14-6011 |
| ) | |
| STEPHANIE GEORGEAN DITTMAIER, ) | |
| ) | |
| Debtor - Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID A. SOSNE, Chapter 7 Trustee ) | |
| ) | |
| Trustee - Appellee. ) | |

## APPELLEE'S ELECTION THAT APPEAL BE HEARD BY
## THE UNITED STATES DISTRICT COURT

Appellee, David A. Sosne, the Chapter 7 Trustee in bankruptcy for the estate of Stephanie G. Dittmaier, hereby elects, pursuant to 28 U.S.C. § 158(c)(1)(B) and L.R. BAP 8th Cir. 8001A(a)(1), to have this appeal heard by the United States District Court for the Eastern District of Missouri. The notice of appeal was served on the undersigned on April 23, 2014.

Respectfully Submitted,
SUMMERS COMPTON WELLS LLC

Date: May 5, 2014
By:/s/ Brian J. LaFlamme
BRIAN J. LAFLAMME, (#49776MO)
Attorney for Appellee
8909 Ladue Road
St. Louis, MO 63124
(314) 991-4999/(314) 991-2413 Fax
blaflamme@ssummerscomptonwells.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on 5th day of May, 2014 to the following:

Office of the United States Trustee
Thomas F. Eagleton Building
111 South Tenth Street, Suite 6353
St. Louis, Missouri 63102

David A. Sosne, Trustee
Summers Compton Wells LLC
8909 Ladue Rd.
St. Louis, MO 63124

Stephanie G. Dittmaier
3361 Bayvue Blvd.
Arnold, MO 63010

Angela Redden-Jansen
3350 Greenwood Blvd.
Maplewood, MO 63143

/s/ Marquita Monroe