# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **Stephanie Georgean Dittmaier,** ) | **Bankruptcy Case No. 13-41072-659** |
| Debtor, ) | |
| ) | **Chapter 7** |
| _____ ) | |
| ) | **District Court Case No. 4:14-CV-883 (CEJ)** |
| **Stephanie Georgean Dittmaier,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| **David Sosne, Chapter 7 Trustee,** ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Stephanie Georgean Dittmaier appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 7th day of January, 2015.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

David Sosne
Chapter 7 Trustee
Brian LaFlamme
Attorney for Trustee
8908 Ladue Road
St. Louis, MO 63124
(314) 991-4999
(314) 991-2413 fax

Dated: February 4, 2015         /s/ Angela Redden-Jansen_____
                                Angela Redden-Jansen, #42684
                                Attorney for Appellant
                                3350 Greenwood Blvd.
                                Maplewood, MO 63143
                                (314)645-5900
                                (314)645-5990 fax
                                amredden@swbell.net